**BOYD, I.**

v.

**ACCURATE TRASH REMOVAL**

**571 EDA 2016**

Superior Court of Pennsylvania.

03/20/2017

Reargument Denied 5/16/2017

Case ID: 140701861, July Term, 2014, No. 01861 (Philadelphia)

Affirmed/Reversed/Remanded

**COM.**

v.

**FERST, V.**

**1007 EDA 2016**

Superior Court of Pennsylvania.

03/20/2017

CP–51–CR–0605551–2002 (Philadelphia)

Application to Withdraw as Counsel Denied; Panel Jurisdiction Retained

**COM.**

v.

**WOODS, S.**

**1012 EDA 2016**

Superior Court of Pennsylvania.

03/20/2017

CP–15–CR0004219–1009 (Chester)

Affirmed

**COM.**

v.

**TEDESCO, T.**

**1053 EDA 2016**

Superior Court of Pennsylvania.

Filed 03/20/2017

CP–45–CR–0002229–2013 (Monroe)

Affirmed